AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Chicago Heights School District 170 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No.  4:26-cv-3261  YGR |
| Meta Platforms, Inc., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Austin Brane
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Mark B.Busby*

K.ADAMS-MOFFETT

Date:    04/17/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:26-cv-3261

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*


                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUMMONS OF DEFENDANTS

Meta Platforms, Inc.
MetaNoticeofService@cov.com

Instagram, LLC
MetaNoticeofService@cov.com

Facebook Payments, Inc.
MetaNoticeofService@cov.com

Siculus, Inc.
MetaNoticeofService@cov.com

Facebook Operations, LLC
MetaNoticeofService@cov.com

Facebook Holdings, LLC
MetaNoticeofService@cov.com

Meta Payments, Inc.
MetaNoticeofService@cov.com

Bytedance Ltd
TikTokSOP@kslaw.com

Bytedance Inc.
TikTokSOP@kslaw.com

TikTok LTD
TikTokSOP@kslaw.com

TikTok LLC
TikTokSOP@kslaw.com

TikTok, Inc.
TikTokSOP@kslaw.com

Snap, Inc.
SnapNoticeofService@mto.com

Google, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

YouTube, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM